UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| James Bigham, John Quarnstrom, Robert Vranicar, Jim Bowman, Mike McCauley, and Matt Fairbanks as Trustees of the Sheet Metal Local #10 Control Board Trust Fund, and the Sheet Metal Local #10 Control Board Trust Fund,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>D. G. Solem & Sons, Inc.,<br><br>　　　　　Defendant. | Civil No. 18-1838 (DWF/LIB)<br><br><br><br><br><br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Based upon the Notice of Dismissal filed by the Plaintiffs on July 20, 2018, (Doc. No. [4]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** and without costs or disbursements to any party.

Dated: July 23, 2018       s/Donovan W. Frank
　　　　　　　　　　　　　DONOVAN W. FRANK
　　　　　　　　　　　　　United States District Judge